IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROFESSIONAL FIREFIGHTERS ASSOCIATION OF OMAHA, LOCAL 385, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OMAHA, et al., <br><br> Defendants. | 8:10CV198 <br><br><br> ORDER |

IT IS ORDERED that, pursuant to this court's Memorandum and Order entered on June 10, 2010 (Filing No. 43), the plaintiffs have posted a $259,000.00 bond with the court pursuant to Fed. R. Civ. P. 67. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

DATED this 29th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge