IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROFESSIONAL FIREFIGHTERS ASSOCIATION OF OMAHA, LOCAL 385, et al., | ) ) ) ) | 8:10CV198 |
| Plaintiffs, | ) ) | |
| RICK BERGHOLZ, et al., | ) ) | ORDER |
| Intervenor Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF OMAHA, et al., | ) ) | |
| Defendants. | ) ) | |

This matter is before the court on the defendant City of Omaha's motion to continue trial (Filing No. 61). The court is advised that the City's law department has a conflict of interest and that the Fraser, Stryker law firm will be entering an appearance as counsel for the City. Due to the expedited schedule for discovery and trial, this court shall continue to manage discovery and case progression without the assistance of the assigned magistrate judge. Pursuant to a telephonic scheduling conference with the parties,

IT IS ORDERED:

1. The defendant's motion to continue trial (Filing No. 61) is granted. This matter is set for trial on **August 30, 2010, at 9:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The City shall file its answer within 10 days of the date of this order.

3. The City shall serve interrogatories within 7 days of the date of this order.

4. Plaintiffs and intervenor plaintiffs shall respond to interrogatories within 20 days thereafter.

5. All additional briefs shall be filed by close of business on August 20, 2010.

6. The deposition of Pam Spaccarotella is tentatively set for August 28, 2010, at 2:30 p.m.

7. All depositions shall be completed by August 13, 2010.

8. Expert witness reports shall be identified and served by August 2, 2010.

DATED this 20th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge