# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PROFESSIONAL FIREFIGHTERS ASSOCIATION OF OMAHA, et al.,** | ) ) ) | **8:10CV198** |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) ) | **ORDER** |
| **CITY OF OMAHA, et al.,** | ) ) | |
| **Defendants.** | ) ) | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of counsel for the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

DATED this 21st day of July, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge