# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PROFESSIONAL FIREFIGHTERS ASSOCIATION OF OMAHA, LOCAL 385, et al.,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>)   **8:10CV198** |
| v. | )<br>)   **ORDER** |
| **CITY OF OMAHA, A Municipal Corporation, et al.,** | )<br>)<br>) |
| Defendants. | )<br>) |

**IT IS ORDERED** that the defendants' Unopposed Motion to Strike Filing No. 138 (Doc. 139) is granted. Filing No. 138 is stricken from the case file. The Clerk shall remove Filing No. 138 from the CM/ECF System.

**DATED September 23, 2010.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett, III**
                                              **United States Magistrate Judge**