IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PROFESSIONAL FIREFIGHTERS ASSOCIATION OF OMAHA, LOCAL 385, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV198 |
| RICK BERGHOLZ, et al., | ) ) | ORDER |
| Intervenor Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF OMAHA, et al., | ) ) | |
| Defendants. | ) ) | |

This matter is before the court sua sponte. On Monday, December 6, 2010, this court will conduct a fairness hearing in the above case. The court will proceed as follows:

1. Counsel for those parties who are objecting will be given up to 15 minutes each to argue their objections to the plan. Those parties will not be permitted to individually speak, but will do so through counsel. Counsel should not reiterate duplicative arguments, but should simply indicate to the court that they agree with the remarks of previous counsel, if their objections have already been made.

2. Counsel for the parties will be allowed equal time to respond.

3. Thereafter, pro se objectors will each be allowed to present their objections, if they are on grounds different from those raised by the attorneys. The court will not allow duplicative arguments. Pro se objectors should simply indicate that they are in agreement with the arguments made by a previous person or attorney, if their objections have already been made.

4.  Notwithstanding these limitations, the court will allow any pro se objector and counsel an opportunity to briefly address the court if the objector/counsel needs to do so.

5.  If possible, evidence should be submitted in document form or by affidavit.  The court does not wish to allow live testimony unless it is necessary to do so.

SO ORDERED.

DATED this 2nd day of December, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge