IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROFESSIONAL FIREFIGHTERS ASSOCIATION OF OMAHA, LOCAL 385, et al., <br><br> Plaintiffs, <br><br> RICK BERGHOLZ, et al., <br><br> Intervenor-Plaintiffs, <br><br> vs. <br><br> CITY OF OMAHA, et al., <br><br> Defendants. | 8:10CV198 <br><br> ORDER |

IT IS ORDERED that pursuant to my Memorandum and Order of January 3, 2011, Filing No. 427, the clerk's office shall release the $259,000 bond plus any accrued interest, less the fee authorized by NECivR 67.1, that the plaintiffs posted with the court pursuant to my order of June 29, 2010, Filing No. 53. The funds shall be disbursed to the Professional Firefighters Association of Omaha, Local 385.

DATED this 5th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

1