IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PROFESSIONAL FIREFIGHTERS ASSOCIATION OF OMAHA, LOCAL 385, et al., <br><br> Plaintiffs, <br><br> RICK BERGHOLZ, et al., <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> CITY OF OMAHA, et al., <br><br> Defendants. | 8:10CV198 <br><br><br> **ORDER** |

IT IS ORDERED that oral argument regarding intervenor-plaintiffs' Motion for New Trial/Alter or Amend Judgment under F.R.C.P. 59 and Relief from Order under F.R.C.P. 60(b) (Filing No. 470) is scheduled for **October 5, 2011, at 1:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 30th day of September, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.